REVISED

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 30, 2020

Lyle W. Cayce
Clerk

No. 19-10396

Michelle Cochran,

*Plaintiff—Appellant*,

*versus*

Securities and Exchange Commission; Jay Clayton, in his official capacity as Chairman of the U.S. Securities and Exchange Commission; William P. Barr, U. S. Attorney General, in his Official Capacity as,

*Defendants—Appellees*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CV-66

---

ON PETITION FOR REHEARING EN BANC

(Opinion August 11, 2020, 5 Cir., 2020, 969 F.3d 507)

Before Owen, *Chief Judge*, and Jones, Smith, Stewart, Dennis, Elrod, Southwick, Haynes, Graves, Higginson, Costa, Willett, Duncan, Engelhardt, Oldham, and Wilson, *Circuit Judges*.[1]

---

[1] Judge Ho is recused and did not participate in this decision.

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Cir.R. 41.3, the panel opinion in this case date August 11, 2020, is vacated.